was admitted in evidence, weighed 161.5 grams, or 5.7 ounces. Despite police precautions, the bag also contained some foreign material such as hair, dust and dirt particles which were vacuumed along with the cocaine. It is well established that non-prohibited substances mixed with a narcotic can be included in determining the aggregate weight of the controlled substance for the purpose of defining the degree of the crime *(see, People v Nelson,* 144 AD2d 714, 717, *lv denied* 73 NY2d 894; *People v Konyack,* 99 AD2d 588; *People v La Porta,* 56 AD2d 983). Here, the People were under no obligation to prove pure weight of the cocaine and the jury, viewing the evidence, could reasonably determine that the aggregate weight of the substance containing the cocaine exceeded four ounces or more (Penal Law § 220.21 [1]) and that the quantity of foreign substance was insignificant. The jury's factual determination has support in the record and I would affirm defendant's conviction. (Appeal from Judgment of Onondaga County Court, Elliott, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Callahan, J. P., Green, Lawton, Davis and Doerr, JJ.

■ ROBERT D. PAULHAMUS et al., Respondents, v DIANE T. DOYLE, Appellant, et al., Defendant. (Appeal No. 1.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Purple, Jr., J. (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Vacate Default Judgment.) Present—Callahan, J. P., Green, Lawton, Davis and Doerr, JJ.

■ ROBERT D. PAULHAMUS et al., Respondents, v DIANE T. DOYLE, Appellant, et al., Defendant. (Appeal No. 2.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Purple, Jr., J. (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Breach of Occupancy Agreement.) Present—Callahan, J. P., Green, Lawton, Davis and Doerr, JJ.

■ ROBERT D. PAULHAMUS et al., Respondents, v DIANE T. DOYLE, Appellant, et al., Defendant. (Appeal No. 3.)—Order unanimously affirmed without costs for reasons stated at Supreme Court, Purple, Jr., J. (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Enforce Judgment.) Present—Callahan, J. P., Green, Lawton, Davis and Doerr, JJ.

■ ROBERT D. PAULHAMUS et al., Respondents, v DIANE T. DOYLE, Appellant, et al., Defendant. (Appeal No. 4.)—Order unanimously affirmed without costs for reasons stated in